**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  07-20099-JWL |
| ) | |
| **CARLOS CERVANTES-SAMANIEGO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

On April 20, 2012, the court denied defendant Carlos Cervantes-Samaniego's Motion for Modification of Term of Imprisonment on the merits (doc. 908).

For the reasons set forth in that Memorandum and Order, Mr. Cervantes-Samaniego is ineligible for relief pursuant to 18 U.S.C. § 3582(c)(2).  As the facts establish that the defendant is ineligible for relief, the court is without jurisdiction to consider a reduction of sentence under § 3582(c).  *United States v. Curtis*, 252 Fed. App'x 886, 887 (10th Cir. 2007) (Where the Amendment did not subsequently lower the defendant's Guideline range, the district court has no jurisdiction to consider a modification to his sentence under 18 U.S.C. § 3582(c)(2)).  As such, the court's prior Order is amended *nunc pro tunc* to dismiss the defendant's Motion for Modification of Term of Imprisonment for lack of jurisdiction.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's Motion for Modification of Term of Imprisonment (doc. 886) is dismissed for lack of jurisdiction.

**IT IS SO ORDERED** this 25th t day of May, 2012.

s/ John W. Lungstrum  
John W. Lungstrum  
United States District Judge